UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

Carol L. Knowlton, Esquire
Gorski & Knowlton, PC
311 Whitehorse Ave., Suite A
Hamilton, NJ  08610
Phone:  (609) 964-4000
Attorneys for the Debtor
Email:  cknowlton@gorskiknowlton.com

Order Filed on October 6, 2016
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Charles J. Orlando,

       Debtor(s)

Chapter 11

Case No.:  13-23433-CMG

Judge:  Christine M. Gravelle

Hearing Date:   October 4, 2016

**ORDER COMPELLING SECURED CREDITOR TO COMPLY WITH**
**<u>CONSENT ORDER ENTERED MAY 22, 2015</u>**

  The relief set forth on the following page(s), numbered two (2) and three (3), is hereby **ORDERED.**

**DATED: October 6, 2016**

_/s/ Christine M. Gravelle_
Honorable Christine M. Gravelle
United States Bankruptcy Judge

Page (2)
Debtor:	Charles J. Orlando
Case No.	13-23433-CMG
Caption of Order:	Order Compelling Secured Creditor to Comply with Consent Order
Entered on June 22, 2015
_____

This matter coming before the Court upon the Debtor's Motion for an Order compelling Wells Fargo Bank to comply with this Court's Order entered on May 22, 2015, and the Court having considered the pleadings submitted and any argument of counsel, and good and sufficient cause apprearing for the entry of this Order;

IT IS ORDERED that Wells Fargo be and the same is hereby directed to correct its records to reflect that the principal balance of its mortgage loan against the Debtor's residence located at 10 Fairview Drive, Annandale, NJ 08801, is $177,763.34, less any amounts applied to the principal from the payments made by the Debtor since May, 2015.

IT IS FURTHER ORDERED that Wells Fargo provide an accounting to the Debtor of this mortgage loan from the entry of the Order of May 22, 2015, to the present.

IT IS FURTHER ORDERED that Wells Fargo is prohibited from charging interest on the interest or the escrow advances set forth in this Court's Order of May 22, 2015.