UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

Carol L. Knowlton, Esquire
Gorski & Knowlton, PC
311 Whitehorse Ave., Suite A
Hamilton, NJ  08610
Phone:  (609) 964-4000
Attorneys for the Debtor
Email:  cknowlton@gorskiknowlton.com

Order Filed on October 6, 2016
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Charles J. Orlando,

                     Debtor(s)

Chapter 11

Case No.:  13-23433-CMG

Judge:  Christine M. Gravelle

Hearing Date:   October 4, 2016

### ORDER COMPELLING SECURED CREDITOR TO COMPLY WITH
### CONSENT ORDER ENTERED MAY 22, 2015

    The relief set forth on the following page(s), numbered two (2) and three (3), is hereby **ORDERED.**

**DATED: October 6, 2016**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

Page (2)
Debtor: Charles J. Orlando
Case No. 13-23433-CMG
Caption of Order: Order Compelling Secured Creditor to Comply with Consent Order Entered on June 22, 2015
_____

This matter coming before the Court upon the Debtor's Motion for an Order compelling Wells Fargo Bank to comply with this Court's Order entered on May 22, 2015, and the Court having considered the pleadings submitted and any argument of counsel, and good and sufficient cause apprearing for the entry of this Order;

IT IS ORDERED that Wells Fargo be and the same is hereby directed to correct its records to reflect that the principal balance of its mortgage loan against the Debtor's residence located at 10 Fairview Drive, Annandale, NJ 08801, is $177,763.34, less any amounts applied to the principal from the payments made by the Debtor since May, 2015.

IT IS FURTHER ORDERED that Wells Fargo provide an accounting to the Debtor of this mortgage loan from the entry of the Order of May 22, 2015, to the present.

IT IS FURTHER ORDERED that Wells Fargo is prohibited from charging interest on the interest or the escrow advances set forth in this Court's Order of May 22, 2015.

United States Bankruptcy Court
District of New Jersey

In re:                                                                                  Case No. 13-23433-CMG
Charles J. Orlando                                                                      Chapter 11
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1              Date Rcvd: Oct 06, 2016
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 08, 2016.
db            +Charles J. Orlando,    PO Box 268,    Annandale, NJ 08801-0268

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                 TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 08, 2016                                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 6, 2016 at the address(es) listed below:
              Albert   Russo (NA)    on behalf of Trustee Albert   Russo docs@russotrustee.com
              Andrew L. Spivack    on behalf of Creditor    Wells Fargo Bank, National Association, successor by
               merger to Wells Fargo Bank Minnesota, National Association, as Trustee, f/k/a Norwest Bank
               Minnesota, National Association, as Trustee for SACO1 In nj.bkecf@fedphe.com
              Carol L. Knowlton    on behalf of Debtor Charles J. Orlando cknowlton@gorskiknowlton.com
              Denise E. Carlon    on behalf of Creditor    Wells Fargo Bank, National Association, successor by
               merger to Wells Fargo Bank Minnesota, National Association, as Trustee, f/k/a Norwest Bank
               Minnesota, National Association, as Trustee for SACO1 In bankruptcynotice@zuckergoldberg.com,
               bkgroup@kmllawgroup.com
              Jeffrey M. Sponder    on behalf of U.S. Trustee    United States Trustee
               jeffrey.m.sponder@usdoj.gov, jeffrey.m.sponder@usdoj.gov
              Melissa N. Licker    on behalf of Creditor    JPMorgan Chase Bank, N.A. as servicing agent for
               Wells Fargo Bank, National Association, successor by merger to Wells Fargo Bank Minnesota,
               National Association as Trustee, f/k/a Norwest Bank Minnesot NJ_ECF_Notices@buckleymadole.com
              Melissa N. Licker    on behalf of Creditor    JPMorgan Chase Bank, National Association
               NJ_ECF_Notices@buckleymadole.com
              Robert W. Mopsick    on behalf of Creditor    United States of America, Internal Revenue Service
               Robert.W.Mopsick@IRSCOUNSEL.TREAS.GOV
                                                                                              TOTAL: 8