UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**
Gorski & Knowlton PC
By: Carol L. Knowlton, Esquire
311 Whitehorse Ave, Suite A
Hamilton, New Jersey 08610
(609) 964-4000
(609) 585-2553 - facsimile
cknowlton@gorskiknowlton.com
Attorneys for Debtor

Order Filed on October 13, 2016
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

CHARLES J. ORLANDO

Debtor

Chapter 11

Case No.:   13-23433-CMG

Judge:   Christine M. Gravelle

# ORDER CLOSING CASE

The relief set forth on the following page numbered two (2) is hereby **ORDERED**.

**DATED: October 13, 2016**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

**(Page 2)**
Chapter 11 Debtor:   Charles J. Orlando
Case No.                   13-23433-CMG
Caption of Order:    Order Closing Case

**THIS MATTER** having been opened to the Court by the Notice of Intention to Close Case filed by the Clerk of the Bankruptcy Court, and for good cause shown, it is hereby

**ORDERED** that the case be and hereby is closed; and it is further

**ORDERED** that within 15 days following the entry of this Order, the Debtor shall file any and all outstanding post- confirmation quarterly reports on the electronic docket, and shall pay any and all statutory fees due and owing pursuant to 28 U.S.C. Section 1930(a)(6) to the Office of the United States Trustee; and it is further

**ORDERED** that the case will be reopened *nunc pro tunc* to the date this Order is entered upon submission of a certificate of default by the United States Trustee, by and through counsel, on seven (7) days' notice to the Debtor and the Debtor's counsel, without the need for filing a separate motion to reopen the case. The Debtor consents to the reopening of this case pursuant to the procedures set forth herein.