| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>Gorski & Knowlton PC<br>By: Carol L. Knowlton, Esquire<br>311 Whitehorse Ave, Suite A<br>Hamilton, New Jersey 08610<br>(609) 964-4000<br>(609) 585-2553 - facsimile<br>cknowlton@gorskiknowlton.com<br>Attorneys for Debtor | Order Filed on October 13, 2016<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>  CHARLES J. ORLANDO<br><br>                    Debtor | Chapter 11<br><br>Case No.:   13-23433-CMG<br><br>Judge:   Christine M. Gravelle |

**ORDER CLOSING CASE**

The relief set forth on the following page numbered two (2) is hereby **ORDERED**.

**DATED: October 13, 2016**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

(Page 2)
Chapter 11 Debtor:  Charles J. Orlando
Case No.            13-23433-CMG
Caption of Order:   Order Closing Case

**THIS MATTER** having been opened to the Court by the Notice of Intention to Close Case filed by the Clerk of the Bankruptcy Court, and for good cause shown, it is hereby

**ORDERED** that the case be and hereby is closed; and it is further

**ORDERED** that within 15 days following the entry of this Order, the Debtor shall file any and all outstanding post- confirmation quarterly reports on the electronic docket, and shall pay any and all statutory fees due and owing pursuant to 28 U.S.C. Section 1930(a)(6) to the Office of the United States Trustee; and it is further

**ORDERED** that the case will be reopened *nunc pro tunc* to the date this Order is entered upon submission of a certificate of default by the United States Trustee, by and through counsel, on seven (7) days' notice to the Debtor and the Debtor's counsel, without the need for filing a separate motion to reopen the case. The Debtor consents to the reopening of this case pursuant to the procedures set forth herein.

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 13-23433-CMG
Charles J. Orlando                                                  Chapter 11
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3            User: admin              Page 1 of 1              Date Rcvd: Oct 14, 2016
                                Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 16, 2016.
db            +Charles J. Orlando,   PO Box 268,   Annandale, NJ 08801-0268

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 16, 2016                                Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 14, 2016 at the address(es) listed below:
              Albert  Russo (NA)    on behalf of Trustee Albert  Russo docs@russotrustee.com
              Andrew L. Spivack    on behalf of Creditor   Wells Fargo Bank, National Association, successor by
               merger to Wells Fargo Bank Minnesota, National Association, as Trustee, f/k/a Norwest Bank
               Minnesota, National Association, as Trustee for SACO1 In nj.bkecf@fedphe.com
              Carol L. Knowlton    on behalf of Debtor Charles J. Orlando cknowlton@gorskiknowlton.com
              Denise E. Carlon    on behalf of Creditor   Wells Fargo Bank, National Association, successor by
               merger to Wells Fargo Bank Minnesota, National Association, as Trustee, f/k/a Norwest Bank
               Minnesota, National Association, as Trustee for SACO1 In bankruptcynotice@zuckergoldberg.com,
               bkgroup@kmllawgroup.com
              Jeffrey M. Sponder    on behalf of U.S. Trustee   United States Trustee
               jeffrey.m.sponder@usdoj.gov, jeffrey.m.sponder@usdoj.gov
              Melissa N. Licker    on behalf of Creditor   JPMorgan Chase Bank, N.A. as servicing agent for
               Wells Fargo Bank, National Association, successor by merger to Wells Fargo Bank Minnesota,
               National Association as Trustee, f/k/a Norwest Bank Minnesot NJ_ECF_Notices@buckleymadole.com
              Melissa N. Licker    on behalf of Creditor   JPMorgan Chase Bank, National Association
               NJ_ECF_Notices@buckleymadole.com
              Robert W. Mopsick    on behalf of Creditor   United States of America, Internal Revenue Service
               Robert.W.Mopsick@IRSCOUNSEL.TREAS.GOV
                                                                                             TOTAL: 8