UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Richard P. Haber - RH9456
Buckley Madole, P.C.
99 Wood Avenue South, Suite 803
Iselin, NJ 08830
Telephone: (732) 902-5387
rich.haber@buckleymadole.com
Attorneys for Secured Creditor/Movant,
Wells Fargo Bank, National Association

In Re:

Charles J. Orlando,

Debtor.

Case No.: 13-23433-CMG

Adv. Pro. No.: _____

Chapter: 11

Hearing Date: 11/22/16, 10 am

Judge: Gravelle

## ADJOURNMENT REQUEST

1. I, _____Richard P. Haber_____,

   ☒ am the attorney for: _____Movant, Wells Fargo Bank, National Association_____,

   ☐ am self represented,

   and request an adjournment of the following hearing for the reason set forth below.

   Matter: Motion to Re-Open Case and for Reconsideration of Order Compelling Secured C

   Current hearing date and time: 11/22/16 at 10:00 am

   New date requested: 1/10/17 at 10:00 am

   Reason for adjournment request: Movant has requested records from Zucker Goldberg relating to the negotiations that led to the May 2015 consent order at issue.

2. Consent to adjournment:

   ☒ I have the consent of all parties.    ☐ I do not have the consent of all parties (explain below):

I certify under penalty of perjury that the foregoing is true.

Date: November 21, 2016                    /s/ Richard P. Haber
                                           Signature

**COURT USE ONLY:**

The request for adjournment is:

☒ Granted         New hearing date: 1/10/17 AT 10:00 AM        ☒ Peremptory

☐ Granted over objection(s)   New hearing date: _____    ☐ Peremptory

☐ Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

*new.9/23/15*