Form tsntc

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

        Case No.:  13−23433−CMG
        Chapter:  11
        Judge:  Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Charles J. Orlando
   PO Box 268
   Annandale, NJ 08801

Social Security No.:
   xxx−xx−1726

Employer's Tax I.D. No.:

---

### Notice That a Transcript Has Been Filed

     You are Noticed that a Transcript has been filed on 12/2/16. Pursuant to the Judicial Conference Policy on Privacy, access to this transcript is restricted for a period of ninety days from the date of filing. The transcript may be viewed at the Bankruptcy Court Clerk's Office. [For information about how to contact the transcriber, please call the Clerk's Office] All parties have seven business days to file a Request for Redaction of any social security numbers, financial account data, names of minor−age children, dates of birth, and home addresses. If redaction is requested, the filing party has twenty−one calendar days from the date the transcript was filed to file a list of items to be redacted indicating the location of the identifiers within the transcript with the court and to provide the list to the transcriber. The transcriber has thirty−one days from the date the list of items to be redacted was filed to file the redacted version of the transcript with the court . If no request is filed, the transcript will be made electronically available to the general public after the ninety days.

Dated: December 8, 2016
JJW:

                                         James J. Waldron
                                         Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                                    Case No. 13-23433-CMG
Charles J. Orlando                                                                        Chapter 11
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1              Date Rcvd: Dec 08, 2016
                              Form ID: tsntc           Total Noticed: 7

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 10, 2016.
db           +Charles J. Orlando,    PO Box 268,    Annandale, NJ 08801-0268
aty          +Gorski & Knowlton PC,    311 Whitehorse Avenue,    Suite A,    Hamilton, NJ 08610-1430
aty          +Richard L. Tice,    Watts, Tice & Skowronek,    171 Main Street,    Flemington, NJ 08822-1607
cr           +JPMorgan Chase Bank, N.A. as servicing agent for W,    C/O Buckley Madole, P.C.,
               99 Wood Avenue South, Suite 803,    Iselin, NJ 08830-2713
cr           +JPMorgan Chase Bank, National Association,    C/O Buckley Madole, P.C.,
               99 Wood Avenue South, Suite 803,    Iselin, NJ 08830-2713

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg           E-mail/Text: usanj.njbankr@usdoj.gov Dec 08 2016 23:39:40      U.S. Attorney,    970 Broad St.,
               Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 08 2016 23:39:38      United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
               Newark, NJ 07102-5235
                                                                                              TOTAL: 2

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 10, 2016                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 2, 2016 at the address(es) listed below:
              Albert   Russo (NA)    on behalf of Trustee Albert  Russo docs@russotrustee.com
              Andrew L. Spivack    on behalf of Creditor   Wells Fargo Bank, National Association, successor by
               merger to Wells Fargo Bank Minnesota, National Association, as Trustee, f/k/a Norwest Bank
               Minnesota, National Association, as Trustee for SACO1 In nj.bkecf@fedphe.com
              Carol L. Knowlton    on behalf of Debtor Charles J. Orlando cknowlton@gorskiknowlton.com
              Denise E. Carlon    on behalf of Creditor   Wells Fargo Bank, National Association, successor by
               merger to Wells Fargo Bank Minnesota, National Association, as Trustee, f/k/a Norwest Bank
               Minnesota, National Association, as Trustee for SACO1 In bankruptcynotice@zuckergoldberg.com,
               bkgroup@kmllawgroup.com
              Jeffrey M. Sponder    on behalf of U.S. Trustee   United States Trustee
               jeffrey.m.sponder@usdoj.gov,    jeffrey.m.sponder@usdoj.gov
              Melissa N. Licker    on behalf of Creditor   JPMorgan Chase Bank, National Association
               NJ_ECF_Notices@buckleymadole.com
              Melissa N. Licker    on behalf of Creditor   Wells Fargo Bank, National Association, successor by
               merger to Wells Fargo Bank Minnesota, National Association, as Trustee,f/k/a Norwest Bank
               Minnesota, National Association, as Trustee for SACO1 Inc NJ_ECF_Notices@buckleymadole.com
              Melissa N. Licker    on behalf of Creditor   JPMorgan Chase Bank, N.A. as servicing agent for
               Wells Fargo Bank, National Association, successor by merger to Wells Fargo Bank Minnesota,
               National Association as Trustee, f/k/a Norwest Bank Minnesot NJ_ECF_Notices@buckleymadole.com
              Richard P. Haber    on behalf of Creditor   JPMorgan Chase Bank, N.A. as servicing agent for Wells
               Fargo Bank, National Association, successor by merger to Wells Fargo Bank Minnesota, National
               Association as Trustee, f/k/a Norwest Bank Minnesot rich.haber@buckleymadole.com,
               NJ_ECF_Notices@buckleymadole.com
              Robert W. Mopsick    on behalf of Creditor   United States of America, Internal Revenue Service
               Robert.W.Mopsick@IRSCOUNSEL.TREAS.GOV
                                                                                              TOTAL: 10