Richard P. Haber
Buckley Madole, P.C.
99 Wood Avenue South, Suite 803
Iselin, NJ 08830
Telephone: (732) 902-5387
Rich.Haber@BuckleyMadole.com
Attorneys for Secured Creditor

**Order Filed on January 11, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| In re: | Chapter 11 |
|---|---|
| Charles J. Orlando, | Case No. 13-23433-CMG |
| Debtor. | Judge: Christine M. Gravelle |

**ORDER REOPENING CASE AND GRANTING MOTION FOR RECONSIDERATION OF ORDER COMPELLING SECURED CREDITOR TO COMPLY WITH CONSENT ORDER ENTERED MAY 22, 2015 PURSUANT TO FRCP 59(e) AND FRCP 60**

The relief set forth on the following pages, number two (2) through two (2) is hereby

**ORDERED**

**DATED: January 11, 2017**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

Debtor: Charles J. Orlando
Case No.: 13-23433-CMG
Caption of Order: **ORDER REOPENING CASE AND GRANTING MOTION FOR RECONSIDERATION OF ORDER COMPELLING SECURED CREDITOR TO COMPLY WITH CONSENT ORDER ENTERED MAY 22, 2015 PURSUANT TO FRCP 59(e) AND FRCP 60**

THIS MATTER having been opened to the Court upon the motion of JPMorgan Chase Bank, N.A. as servicing agent for Wells Fargo Bank, National Association, successor by merger to Wells Fargo Bank Minnesota, National Association as Trustee, f/k/a Norwest Bank Minnesota, National Association, as Trustee for SACO1 Inc. Mortgage Pass-Through Certificates, Series 1999-3 ("Movant"), by filing a Motion for Reconsideration, and for good cause shown for the entry of this Order, it is hereby ordered that:

1. This bankruptcy case is reopened for the limited purposes of addressing the Motion for Reconsideration;
2. Movant's Motion for Reconsideration is granted;
3. The Order Compelling Secured Creditor's Compliance at docket entry #119 is hereby vacated *ab initio*;
4. The Consent Order entered at docket entry #85 is hereby deemed to permit to interest to be assessed on the entire sum of $414,917.22 to accrue at a rate of 5.5% beginning of May 6, 2015.