Richard P. Haber
Buckley Madole, P.C.
99 Wood Avenue South, Suite 803
Iselin, NJ 08830
Telephone: (732) 902-5387
Rich.Haber@BuckleyMadole.com
Attorneys for Secured Creditor

Order Filed on January 11, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

| In re: | Chapter 11 |
|---|---|
| Charles J. Orlando, | Case No. 13-23433-CMG |
| Debtor. | Judge: Christine M. Gravelle |

**ORDER REOPENING CASE AND GRANTING MOTION FOR RECONSIDERATION OF ORDER COMPELLING SECURED CREDITOR TO COMPLY WITH CONSENT ORDER ENTERED MAY 22, 2015 PURSUANT TO FRCP 59(e) AND FRCP 60**

The relief set forth on the following pages, number two (2) through two (2) is hereby

**ORDERED**

**DATED: January 11, 2017**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

Debtor: Charles J. Orlando
Case No.: 13-23433-CMG
Caption of Order: **ORDER REOPENING CASE AND GRANTING MOTION FOR RECONSIDERATION OF ORDER COMPELLING SECURED CREDITOR TO COMPLY WITH CONSENT ORDER ENTERED MAY 22, 2015 PURSUANT TO FRCP 59(e) AND FRCP 60**

THIS MATTER having been opened to the Court upon the motion of JPMorgan Chase Bank, N.A. as servicing agent for Wells Fargo Bank, National Association, successor by merger to Wells Fargo Bank Minnesota, National Association as Trustee, f/k/a Norwest Bank Minnesota, National Association, as Trustee for SACO1 Inc. Mortgage Pass-Through Certificates, Series 1999-3 ("Movant"), by filing a Motion for Reconsideration, and for good cause shown for the entry of this Order, it is hereby ordered that:

1. This bankruptcy case is reopened for the limited purposes of addressing the Motion for Reconsideration;
2. Movant's Motion for Reconsideration is granted;
3. The Order Compelling Secured Creditor's Compliance at docket entry #119 is hereby vacated *ab initio*;
4. The Consent Order entered at docket entry #85 is hereby deemed to permit to interest to be assessed on the entire sum of $414,917.22 to accrue at a rate of 5.5% beginning of May 6, 2015.

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 13-23433-CMG
Charles J. Orlando                                                        Chapter 11
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1              Date Rcvd: Jan 11, 2017
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 13, 2017.
db            +Charles J. Orlando,    PO Box 268,    Annandale, NJ 08801-0268

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

---

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 13, 2017                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 11, 2017 at the address(es) listed below:
      Albert  Russo (NA)   on behalf of Trustee Albert  Russo docs@russotrustee.com
      Andrew L. Spivack    on behalf of Creditor   Wells Fargo Bank, National Association, successor by
       merger to Wells Fargo Bank Minnesota, National Association, as Trustee, f/k/a Norwest Bank
       Minnesota, National Association, as Trustee for SACO1 In nj.bkecf@fedphe.com
      Carol L. Knowlton    on behalf of Debtor Charles J. Orlando cknowlton@gorskiknowlton.com
      Denise E. Carlon    on behalf of Creditor   Wells Fargo Bank, National Association, successor by
       merger to Wells Fargo Bank Minnesota, National Association, as Trustee, f/k/a Norwest Bank
       Minnesota, National Association, as Trustee for SACO1 In bankruptcynotice@zuckergoldberg.com,
       bkgroup@kmllawgroup.com
      Jeffrey M. Sponder    on behalf of U.S. Trustee    United States Trustee
       jeffrey.m.sponder@usdoj.gov,   jeffrey.m.sponder@usdoj.gov
      Melissa N. Licker    on behalf of Creditor   JPMorgan Chase Bank, N.A. as servicing agent for
       Wells Fargo Bank, National Association, successor by merger to Wells Fargo Bank Minnesota,
       National Association as Trustee, f/k/a Norwest Bank Minnesot NJ_ECF_Notices@buckleymadole.com
      Melissa N. Licker    on behalf of Creditor   JPMorgan Chase Bank, National Association
       NJ_ECF_Notices@buckleymadole.com
      Melissa N. Licker    on behalf of Creditor   Wells Fargo Bank, National Association, successor by
       merger to Wells Fargo Bank Minnesota, National Association, as Trustee,f/k/a Norwest Bank
       Minnesota, National Association, as Trustee for SACO1 Inc NJ_ECF_Notices@buckleymadole.com
      Richard P. Haber    on behalf of Creditor   JPMorgan Chase Bank, N.A. as servicing agent for Wells
       Fargo Bank, National Association, successor by merger to Wells Fargo Bank Minnesota, National
       Association as Trustee, f/k/a Norwest Bank Minnesot rich.haber@buckleymadole.com,
       NJ_ECF_Notices@buckleymadole.com
      Robert W. Mopsick    on behalf of Creditor   United States of America, Internal Revenue Service
       Robert.W.Mopsick@IRSCOUNSEL.TREAS.GOV
      U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                  TOTAL: 11