

Melissa N. Licker
McCalla Raymer Leibert Pierce, LLC
99 Wood Avenue, Suite 803
Iselin, NJ 08830
Telephone: (732) 902-5384
Melissa.Licker@BuckleyMadole.com
Attorneys for JPMorgan Chase Bank, National Association

**Order Filed on September 25, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| In re:<br><br>Charles J. Orlando,<br><br>Debtor. | Chapter 11<br><br>Case No. 13-23433-CMG<br><br>Judge: Christine M. Gravelle |
|---|---|

**CONSENT ORDER SUPPLEMENTING ORDER REOPENING CASE AND ADDRESSING DEBTOR'S MOTION TO COMPEL COMPLIANCE AT DOCKET ENTRY #108**

The relief set forth on the following pages, number two (2) through (3) is hereby

**ORDERED**

**DATED: September 25, 2018**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

Page: 2
Debtor: Charles J. Orlando
Case No.: 13-23433-CMG
Caption of Order: CONSENT ORDER SUPPLEMENTING ORDER REOPENING CASE AND ADDRESSING DEBTOR'S MOTION TO COMPEL COMPLIANCE AT DOCKET ENTRY #108

WHEREAS, Charles J. Orlando ("Debtor") brought a motion to compel compliance with a consent order dated May 22, 2015 ("Motion to Compel") at docket entry #108; and

WHEREAS, the Court initially granted the Motion to Compel over opposition filed by JPMorgan Chase Bank, N.A. as servicing agent for Wells Fargo Bank, National Association, successor by merger to Wells Fargo Bank Minnesota, National Association as Trustee, f/k/a Norwest Bank Minnesota, National Association, as Trustee for SACO1 Inc. Mortgage Pass-Through Certificates, Series 1999-3 ("Chase"); and

WHEREAS, Chase brought a motion to reconsider of the Court's order granting the Motion to Compel and the Court; and

WHEREAS, the Court granted Chase's motion to reconsider; and

WHEREAS, it was subsequently noted on the docket in this case that the Motion to Compel would be addressed with a consent order; and

WHEREAS, this case was closed on November 27, 2017 without the anticipated consent order; and

WHEREAS, the Debtor brought a motion to reopen the case at docket entry #143 ("Motion to Reopen"); and

WHEREAS, the Motion to Reopen was granted and order was entered granting the Motion to Reopen and approving a loan modification agreement between the Debtor and Chase at docket entry #145 ("Order Reopening Case and Approving Modification Agreement").

NOW, IT IS HEREBY STIPULATED AND AGREED as follows:

1. This consent order shall supplement the Order Reopening Case and Approving Modification Agreement and be deemed as having been incorporated into that order from the time of initial entry this Court; and

page 3

2. The terms of the loan modification agreement supersede the terms of the consent order that was the subject of the Motion to Compel; and
3. The Motion to Compel and its related to motion to reconsider have now been fully resolved and is deemed withdrawn; and
4. The Motion to Compel has been fully litigated without the finding of fault by either the Debtor or Chase; and
5. This Court has not awarded attorney fees to either the Debtor or Chase in connection with any of the above-recited motions.

Consent to Form and Entry

| **McCalla Raymer Leibert Pierce, LLC** | **Gorski & Knowlton PC** |
|---|---|
| Attorney for the Secured Creditor | Attorney for the Debtor |
| By: /s/ Melissa Licker | By: /s/ Carol L. Knowlton |
| Melissa Licker | Carol L. Knowlton |
| Dated: | Dated: |