Melissa N. Licker
McCalla Raymer Leibert Pierce, LLC
99 Wood Avenue, Suite 803
Iselin, NJ 08830
Telephone: (732) 902-5384
Melissa.Licker@BuckleyMadole.com
Attorneys for JPMorgan Chase Bank, National Association

Order Filed on September 25, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| In re: | Chapter 11 |
|---|---|
| Charles J. Orlando, | Case No. 13-23433-CMG |
| Debtor. | Judge: Christine M. Gravelle |

**CONSENT ORDER SUPPLEMENTING ORDER REOPENING CASE AND ADDRESSING DEBTOR'S MOTION TO COMPEL COMPLIANCE AT DOCKET ENTRY #108**

The relief set forth on the following pages, number two (2) through (3)    is hereby

**ORDERED**

**DATED: September 25, 2018**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

Page: 2
Debtor: Charles J. Orlando
Case No.: 13-23433-CMG
Caption of Order: **CONSENT ORDER SUPPLEMENTING ORDER REOPENING CASE AND ADDRESSING DEBTOR'S MOTION TO COMPEL COMPLIANCE AT DOCKET ENTRY #108**

WHEREAS, Charles J. Orlando ("Debtor") brought a motion to compel compliance with a consent order dated May 22, 2015 ("Motion to Compel") at docket entry #108; and

WHEREAS, the Court initially granted the Motion to Compel over opposition filed by JPMorgan Chase Bank, N.A. as servicing agent for Wells Fargo Bank, National Association, successor by merger to Wells Fargo Bank Minnesota, National Association as Trustee, f/k/a Norwest Bank Minnesota, National Association, as Trustee for SACO1 Inc. Mortgage Pass-Through Certificates, Series 1999-3 ("Chase"); and

WHEREAS, Chase brought a motion to reconsider of the Court's order granting the Motion to Compel and the Court; and

WHEREAS, the Court granted Chase's motion to reconsider; and

WHEREAS, it was subsequently noted on the docket in this case that the Motion to Compel would be addressed with a consent order; and

WHEREAS, this case was closed on November 27, 2017 without the anticipated consent order; and

WHEREAS, the Debtor brought a motion to reopen the case at docket entry #143 ("Motion to Reopen"); and

WHEREAS, the Motion to Reopen was granted and order was entered granting the Motion to Reopen and approving a loan modification agreement between the Debtor and Chase at docket entry #145 ("Order Reopening Case and Approving Modification Agreement").

NOW, IT IS HEREBY STIPULATED AND AGREED as follows:

1. This consent order shall supplement the Order Reopening Case and Approving Modification Agreement and be deemed as having been incorporated into that order from the time of initial entry this Court; and

page 3

2. The terms of the loan modification agreement supersede the terms of the consent order that was the subject of the Motion to Compel; and
3. The Motion to Compel and its related to motion to reconsider have now been fully resolved and is deemed withdrawn; and
4. The Motion to Compel has been fully litigated without the finding of fault by either the Debtor or Chase; and
5. This Court has not awarded attorney fees to either the Debtor or Chase in connection with any of the above-recited motions.

Consent to Form and Entry

**McCalla Raymer Leibert Pierce, LLC**
Attorney for the Secured Creditor

By: _____
Melissa Licker
Dated:

**Gorski & Knowlton PC**
Attorney for the Debtor

By: _____
Carol L. Knowlton
Dated:

United States Bankruptcy Court
District of New Jersey

In re:                                                          Case No. 13-23433-CMG
Charles J. Orlando                                              Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin    Page 1 of 1    Date Rcvd: Sep 26, 2018
                Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 28, 2018.
db            +Charles J. Orlando,    PO Box 268,    Annandale, NJ 08801-0268

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 28, 2018                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 26, 2018 at the address(es) listed below:
      Albert  Russo (NA)   on behalf of Trustee Albert  Russo docs@russotrustee.com
      Andrew L. Spivack    on behalf of Creditor   Wells Fargo Bank, National Association, successor by merger to Wells Fargo Bank Minnesota, National Association, as Trustee, f/k/a Norwest Bank Minnesota, National Association, as Trustee for SACO1 In nj.bkecf@fedphe.com
      Carol L. Knowlton    on behalf of Debtor Charles J. Orlando cknowlton@gorskiknowlton.com
      Denise E. Carlon     on behalf of Creditor   Wells Fargo Bank, National Association, successor by merger to Wells Fargo Bank Minnesota, National Association, as Trustee, f/k/a Norwest Bank Minnesota, National Association, as Trustee for SACO1 In bankruptcynotice@zuckergoldberg.com, bkgroup@kmllawgroup.com
      Jeffrey M. Sponder    on behalf of U.S. Trustee    United States Trustee jeffrey.m.sponder@usdoj.gov,    jeffrey.m.sponder@usdoj.gov
      Melissa N. Licker    on behalf of Creditor    JPMorgan Chase Bank, N.A. as servicing agent for Wells Fargo Bank, National Association, successor by merger to Wells Fargo Bank Minnesota, National Association as Trustee, f/k/a Norwest Bank Minnesot NJ_ECF_Notices@buckleymadole.com
      Melissa N. Licker    on behalf of Creditor    JPMorgan Chase Bank, National Association NJ_ECF_Notices@buckleymadole.com
      Melissa N. Licker    on behalf of Creditor    Wells Fargo Bank, National Association, successor by merger to Wells Fargo Bank Minnesota, National Association, as Trustee,f/k/a Norwest Bank Minnesota, National Association, as Trustee for SACO1 Inc NJ_ECF_Notices@buckleymadole.com
      Richard P. Haber     on behalf of Creditor    JPMorgan Chase Bank, N.A. as servicing agent for Wells Fargo Bank, National Association, successor by merger to Wells Fargo Bank Minnesota, National Association as Trustee, f/k/a Norwest Bank Minnesot rich.haber@buckleymadole.com, NJ_ECF_Notices@mccalla.com
      Robert W. Mopsick     on behalf of Creditor    United States of America, Internal Revenue Service Robert.W.Mopsick@IRSCOUNSEL.TREAS.GOV
      Sherri Jennifer Smith    on behalf of Creditor    CHASE AS SERVICING AGENT FOR WELLS FARGO BANK, NATIONAL ASSOCIATION, SUCCESSOR BY MERGER TO WELLS FARGO BANK ET. AL. nj.bkecf@fedphe.com, nj.bkecf@fedphe.com
      U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                         TOTAL: 12